IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blair, Anderson

Printed: 6/3/08

Case Number: 08 B 06406
Judge: Wedoff, Eugene R
Filed: 3/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 450.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 450.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 7,832.17 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 181.82 | 0.00 |
| 4. | AIS Services | Unsecured | 897.72 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 562.58 | 0.00 |
| 6. | Midnight Velvet | Unsecured | 35.88 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 16.75 | 0.00 |
| 8. | HSBC | Unsecured |  | No Claim Filed |
| 9. | CBCS | Unsecured |  | No Claim Filed |
| 10. | Cbe Group | Unsecured |  | No Claim Filed |
| 11. | Illinois Student Assistance Commission | Unsecured |  | No Claim Filed |
| 12. | Procollect Inc | Unsecured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 14. | Procollect Inc | Unsecured |  | No Claim Filed |
| 15. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,526.92 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Blair, Anderson

Printed:  6/3/08

Case Number:  08 B 06406
Judge:  Wedoff, Eugene R
Filed:  3/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

